UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-5146 PA (KSx) | Date | October 20, 2022 |
|---|---|---|---|
| Title | Jessica B Martinez v. Andrea Cecilia Riser, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS - COURT ORDER

The Court is in receipt of a Unilateral Federal Rule of Civil Procedure 26(f) Report filed by plaintiff Jessica B Martinez ("Plaintiff").  Pursuant to Federal Rule of Civil Procedure 26(f), Local Rule 26, and this Court's September 15, 2022 Order Scheduling Meeting of Counsel and Setting Scheduling Conference, the parties were required to jointly file a scheduling report no less than fourteen days before the Scheduling Conference.  (Docket No. 15.)  The Court's Order warns that "[t]he failure to submit a joint report in advance of the Scheduling Conference or the failure to attend the Scheduling Conference may result in the dismissal of the action, striking the answer and entering a default, and/or the imposition of sanctions."  (Id. at 3.)

In Plaintiff's Unilateral Rule 26(f) Report, Plaintiff's counsel explains that he and counsel for defendant Harbor Property Management ("Harbor Property") met and conferred on October 5, 2022 to discuss preparation of the joint Rule 26(f) Report, but that Harbor Property's counsel did not thereafter respond to Plaintiff's counsel's efforts to prepare the required joint filing.  (Docket No. 18.)  Moreover, none of the parties have indicated that Defendant Andrea Cecilia Riser ("Riser") participated in Plaintiff and Defendant Harbor Property's October 5, 2022 Rule 26(f) conference.

Accordingly, the Court orders the parties to file the required Joint Rule 26(f) Report by October 25, 2022.  If the parties fail to file the joint report by October 25, 2022, the Court may issue an order to show cause why sanctions should not be imposed.

IT IS SO ORDERED.