JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA B MARTINEZ, | CV 22-5146 PA (KSx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| ANDREA CECILIA RISER and HARBOR PROPERTY MANAGEMENT, | |
| Defendants. | |

Pursuant to the Court's June 8, 2023 Minute Order dismissing this action for lack of prosecution and failure to comply with the Court's Order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED:  June 8, 2023

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE